STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY B. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE DICKSON, ADMINISTRATOR OF THE FEDERAL AVIATION ADMINISTRATION, U.S. DEPARTMENT OF TRANSPORTATION,<br><br>    Defendant. | Case No. 4:22-cv-00512-DMR<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)** |

Plaintiff Timothy B. Johnson ("Plaintiff") and Defendant Steve Dickson, Administrator of the Federal Aviation Administration, United States Department of Transportation ("Defendant"), by and through their undersigned counsel, stipulate pursuant to Local Civil Rule 6-2, subject to the approval of the Court, that the initial case management conference set for May 4, 2022 be continued until June 29. This stipulation is based on the accompanying declaration of Sapna Mehta and the following facts:

    1.    Plaintiff filed this action on January 26, 2022. Defendant was served on March 24, 2022, and its response to the Complaint is due by May 23, 2022.

    2.    The Court's January 27, 2022 Order (Dkt. 4) set an initial case management conference for May 4, 2022 at 1:30pm.

3. Since Defendant was recently served, and to give the parties additional time to confer regarding the case, the parties stipulate and request that the initial case management conference currently scheduled for May 4, 2022 be continued to June 29, 2022. The parties will file their joint case management statement by June 22, 2022.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: April 15, 2022        By:    /s/ Sapna Mehta
                                    SAPNA MEHTA
                                    Assistant United States Attorney
                                    Attorney for Defendant

Dated: April 15, 2022               DURON EMPLOYMENT LAW FIRM

                             By:    /s/ Stephen Duron
                                    STEPHEN J. DURON
                                    Attorneys for Plaintiff

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 15, 2022        By:    /s/ Sapna Mehta
                                    SAPNA MEHTA
                                    Assistant United States Attorney
                                    Attorney for Defendant

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Initial Case Management Conference currently set for May 4, 2022 is continued until June 29, 2022 at 1:30 p.m. in Oakland, by Videoconference only.  All counsel and parties, may access the webinar information at **https://www.cand.uscourts.gov/dmr**.  The parties shall file a joint case management statement by June 22, 2022.

IT IS SO ORDERED AS MODIFIED.

DATED: __April 18 2022__



_____
THE HON. DONNA M. RYU
United States Magistrate Judge